UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN MITCHELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2493** |
| **KILOLO KIJAKAXI ACTING COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | **SECTION: "I"** |

# O R D E R

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Kevin Mitchell, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the decision of the Administrative Law Judge is **AFFIRMED,** as it is based on substantial evidence, pursuant to Title 42 U.S.C. § 405(g).

New Orleans, Louisiana, this 23rd day of April 2024.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**